UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES | : **Criminal Case #** |
| | : **Hon. Susan D. Wigenton, J.U.S.D.C.** |
| Plaintiff, | : **Criminal Action** |
| -vs- | : |
| | : **ORDER** |
| EDWARD KAY, | : |
| | : |
| Defendants. | |

------------------------------------------------------------X

This matter having come before the court upon the petition and application of the Defendant, Edward Kay for an Order discharging Defendant from the Ordered term of probation, and the Court having considered the submission of the Defendant and for other good cause having been shown:

Denied

It is on this 6th day of December ORDERED that the Edward Kay, having satisfactorily served the sentence Ordered by this Court, is hereby discharged and excused from the term of probation.

_____
Honorable Susan D. Wigenton, J.U.S.D.C.